**THE HONORABLE PHILIP H. BRANDT**
**CHAPTER 13**
**HEARING DATE: August 19, 2009**
**HEARING TIME: 1:30 p.m.**
**LOCATION: Courtroom I**
**Tacoma, Washington**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In Re: | ) | NO. 08-43046 |
| | ) | |
| MARK D. BURD, | ) | ORDER DISMISSING CHAPTER 13 |
| | ) | CASE |
| Debtor(s). | ) | |

**THIS MATTER** having come on regularly for hearing before the Court by the Trustee's application for dismissal, due notice of hearing having been given to the Debtor(s) and the attorney for the Debtor(s); and the Court finding and concluding that the Debtor(s) failed on one or more particulars to comply with the provisions of Section 1322 of the Bankruptcy Code, IT IS HEREBY

**ORDERED, ADJUDGED and DECREED** that this Chapter 13 Case be dismissed if the Debtor(s) does not present a motion

**ORDERED, ADJUDGED and DECREED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtor(s); and it is further

**ORDERED, ADJUDGED and DECREED** that the above-captioned case be dismissed effective on the date of this Order and that the Trustee is directed to administratively close this case and issue Trustee's Final Report to creditors.

**DATED** this _____.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

/s/ David M. Howe
DAVID M. HOWE
CHAPTER 13 TRUSTEE

David M. Howe
Chapter 13 Trustee
1551 Broadway, Ste. 600
Tacoma, WA 98402
(253) 572-6600